# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-04-00682-CV

**Darrell Saunders and Melissa Saunders, Appellants**

**v.**

**Robert Brown and Rosemary Brown, Appellees**

### FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT
### NO. 198,354-C, HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

The parties have agreed that the notice of appeal in this cause appears to have been prematurely filed. *See* Tex. R. App. P. 27. The Court may allow an appealed order that may not be final to be made final and allow the modified order and all proceedings related to it to be included in a supplemental record. *Id*. 27.2. Accordingly, we abate the appeal. The parties should update the Court on the status of the appeal by January 31, 2005.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Filed:  November 30, 2004